IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES DEWAYNE WEST**                                                   **PLAINTIFF**

**v.**                                             **CAUSE NO. 1:12CV203-LG-JMR**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                     **DEFENDANT**

## JUDGMENT

This day this cause came on for hearing before the Court on Plaintiff's Motion [13] for Judgment on the Pleadings, the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment is rendered in favor of the Defendant.  Plaintiff's appeal is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2014.

                                                          s/ *Louis Guirola, Jr.*
                                                          LOUIS GUIROLA, JR.
                                                          CHIEF U.S. DISTRICT JUDGE